THOMAS BUEHLER *v.* THOMAS R. SWITZ ET AL.
(11721)

DALY, FOTI and LANDAU, Js.

Argued May 4—decision released May 25, 1993

*William H. Hescock,* for the appellant (plaintiff).

*Jackson T. King, Jr.,* filed a brief for the appellees (defendants).

PER CURIAM. The judgment is affirmed.